| | | | | |
|---|---|---|---|---|
| Smith v. PBPP ............... | 724CD16 | 03/03/2017 | Board of Probation & Parole Parole No. 300–FN | Affirmed |
| Fisher v. PBPP ............... | 837CD16 | 03/03/2017 | Board of Probation & Parole Parole No. 3491–H | Affirmed |
| Campbell v. WCAB (City of Philadelphia) .................... | 1031CD16 | 03/03/2017 | Workers' Compensation Appeal Board A15–0050 | Affirmed |
| Logan v. DOC (OOR) .......... | 1203CD16 | 03/03/2017 | Office of Open Records AP 2016–1013 | Affirmed |
| Curtis v. Canino ............... | 160MD15 | 03/06/2017 | Original Jurisdiction | Preliminary Objections Overruled in part and Sustained in part |
| M.L. v. DHS .................. | 2356CD15 | 03/06/2017 | Bureau of Hearings and Appeals, Department of Human Services 021–12–0500 P and 021–13–0479 C | Vacated and Remanded |
| F.A. Properties Corp. v. City of Phila. ...................... | 122CD16 | 03/06/2017 | Philadelphia County February Term, 2015 No. 2406 | Affirmed and Remanded |
| Philadelphia Eagles v. WCAB (Abiamiri) .................. | 165CD16 | 03/06/2017 | Workers' Compensation Appeal Board A15–0736 | Affirmed |
| Collier v. City of Phila. ......... | 649CD16 | 03/06/2017 | Philadelphia County No. 150804808 | Affirmed |
| Downingtown Area School District v. K.D. .................. | 1485CD16 | 03/06/2017 | Office for Dispute Resolution 17832–1516KE | Affirmed |
| Collins v. PBPP ............... | 1648CD15 | 03/07/2017 | Board of Probation & Parole Parole No. 0894W | Affirmed |
| Davidson v. WCAB (Childs) ..... | 674CD16 | 03/07/2017 | Workers' Compensation Appeal Board A15–0959 | Affirmed |
| Private Sales of Former, In re ... | 767CD16 | 03/07/2017 | Philadelphia County October Term, 2015 No. 01167 | Reversed and Remanded |
| DOT v. Hamilton ............... | 984CD16 | 03/07/2017 | Chester County 2016–01460 | Vacated and Remanded |